UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                   4:07cv00087-SPM/WCS

DELORES D. NELSON,

   Defendant.
_____/

## ENTRY OF DEFAULT JUDGMENT

      Pending before the Court is the motion for an entry of default judgment (doc. 6) filed by the United States of America. The complaint in the above action was filed in this Court on March 2, 2007, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default as to the Defendant was duly entered by the Clerk of the Court on November 27, 2007 (doc. 7). By reason of this default, IT IS HEREBY ORDERED and ADJUDGED as follows:

    1.    The Government's Motion for Default Judgment (doc. 6) is GRANTED.

    2.    The Plaintiff, United States of America, shall recover from the Defendant the sum of $7,838.72 (Defendant owes Plaintiff the principal sum of $3,917.04, interest of $3,921.68 accrued through November 30, 2006), plus accruing interest at the annual rate of 8% as set forth in the Certificate of Indebtedness prepared by the Department of Education; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2).

    DONE and ORDERED this <u>nineteenth</u> day of December 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge